AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF   NEVADA

JOHN LASH,

    Plaintiff,

v.

JOANNE "DOE", et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:16-cv-00202-RCJ-VPC**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice based on Plaintiff's failure to file an application to proceed *in forma pauperis* for non-prisoners or pay the full filing fee in compliance with the Court's September 6, 2016 order.

December 6, 2016                                                                                **LANCE S. WILSON**
                                                                                            Clerk

                                                                                           /s/ K. Rusin
                                                                                           Deputy Clerk